### 149 SNYDER vs. CIRCUIT JUDGE (Washtenaw), 80 M., 511.

To dismiss an appeal from the allowance of a claim by commissioners on claims in the Probate Court.

Denied May 9, 1890.

Held, that an appeal properly claimed, perfected and allowed

in the Probate Court ought not to be dismissed for failure to file the record in the Circuit Court within the thirty days limited by Act. No. 175, Laws of 1887, if such record is filed before the motion to dismiss is actually heard.